JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                                          Case No.  CV 16-08787-AB (JEMx)
11   Mitzi Siracusa, et al.
12                Plaintiff,            ORDER DISMISSING CIVIL ACTION
13   v.
14   Los Angeles Auto Wholesalers and
     Recovery Services, Inc.
15
                 Defendants.
16

17
18       THE COURT having been advised by counsel that the above-entitled action has
     been settled;
19
20       IT IS THEREFORE ORDERED that this action is hereby dismissed without
     costs and without prejudice to the right, upon good cause shown within  **30  days,** to
21
     re-open the action if settlement is not consummated.  The Scheduling Conference set
22
     for April 24, 2017 is **VACATED**. This Court retains full jurisdiction over this action
23
     and this Order shall not prejudice any party to this action.
24

25
26   Dated:  April 20, 2017     _____
                                ANDRE BIROTTE JR.
27                              UNITED STATES DISTRICT JUDGE
28

                                    1.